NOVEMBER 21, 1960

No. 64925.—Alloys & Chemicals Co., Inc., et al. *v.* United States, protests 238481–K, etc.——Abstract 64709. Plaintiffs' application for rehearing granted.

BEFORE THE THIRD DIVISION, NOVEMBER 28, 1960

No. 64926.—Frank P. Dow Co., Inc., a/c Ucagco, Inc., et al. *v.* United States, protests 241445–K, etc. (Portland, Oreg.).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of decorative after-dinner cups and saucers the same in all material respects as those the subject of *United States* v. *The Baltimore & Ohio R.R. Co. a/c United China & Glass Company* (47 C.C.P.A. 1, C.A.D. 719), the merchandise was held dutiable as follows: (a) The items entered, or withdrawn from warehouse, for consumption prior to September 10, 1955, at 50 cents per dozen, but not less than 45 percent nor more than 70 percent ad valorem, under paragraph 212, as modified by the General Agreement on Tariffs and Trade (T.D. 51802), supplemented by Presidential proclamation (T.D. 51909), and (b) all items entered, or withdrawn from warehouse, for consumption on and after September 10, 1955, at 45 percent under said paragraph, as modified by the Japanese Protocol to the General Agreement on Tariffs and Trade (T.D. 53865), supplemented by Presidential proclamation (T.D. 53877).

No. 64927.—Novelty Import Co., Inc., et al. *v.* United States, protests 59/33334, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of wall plaques similar in all material respects to those the subject of *Ross Products, Inc.* v. *United States* (43 Cust. Ct. 74, C.D. 2106), the claim of the plaintiffs was sustained.